BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>1306 Merced Street,<br>Madera, CA 93638. | CASE NO. 1:11-SW-00136 SKO<br><br>MOTION TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The United States of America hereby applies to this Court for an order unsealing the search warrant and affidavit in support of the search warrant previously sealed herein by the Court on July 14, 2011. Due to the execution of the search warrant, the search warrant and affidavit no longer need to remain sealed.

Accordingly, the United States requests that the search warrant and affidavit be unsealed and made public record.

DATED: August 18, 2011         BENJAMIN B. WAGNER
                               United States Attorney

                         By:   /s/ Ian L. Garriques
                               IAN L. GARRIQUES
                               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> 1306 Merced Street, <br> Madera, CA 93638. | CASE NO.  1:11-SW-00136 SKO <br><br> ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The search warrant and affidavit in support of the search warrant, having been sealed by this Court on July 14, 2011, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

DATED: 8/18/11

_____
UNITED STATES MAGISTRATE JUDGE
SM SNYDER

2